# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 7 |
| HARVEY PENFIELD COLE, III and | : | CASE NO. 24-61503-bem |
| SUSAN SANDS COLE, | : | |
|     Debtors. | : | |
| KAYLA CANNON, MARY LUCY | : | |
| "MOLLY" WHITE, SARA DUNHAM, | : | |
| DREW WHITMORE, | : | |
|     Movants, | : | |
| V. | : | CONTESTED MATTER |
| | : | |
| HARVEY PENFIELD COLE, III and | : | |
| SUSAN SANDS COLE, | : | |
|     Respondents. | : | |

## CERTIFICATE OF SERVICE

This is to certify that on November 21, 2024, I caused to be served a true and correct copy of the *Notice of Hearing* attached hereto as Exhibit "A" (Doc. No. 15) to be served as set forth in Exhibit "B" hereto.

This 16th day of December, 2024.

        LAW OFFICES OF HENRY F. SEWELL JR., LLC

        ***/s/ Henry F. Sewell, Jr.***
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
        Buckhead Centre
        2964 Peachtree Road NW, Suite 555
        Atlanta, GA 30305
        (404) 926-0053
        hsewell@sewellfirm.com
        *Counsel for Movants*

EXHIBIT A

Case 24-61503-bem    Doc 15    Filed 11/21/24    Entered 11/21/24 14:35:02    Desc Main
Document    Page 1 of 13

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | : |
| | : |
| HARVEY PENFIELD COLE, III and | : Chapter 7 |
| SUSAN SANDS COLE, | : CASE NO. 24-61503-bem |
|     Debtors. | : |
| KAYLA CANNON, MARY LUCY | : |
| "MOLLY" WHITE, SARA DUNHAM, | : |
| DREW WHITMORE, | : |
|     Movants, | : |
| V. | : CONTESTED MATTER |
| | : |
| HARVEY PENFIELD COLE, III and | : |
| SUSAN SANDS COLE, | : |
|     Respondents. | : |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Kayla Cannon, Mary Lucy "Molly" White, Sara Dunham, and Drew Whitmore (collectively, the "**Movants**") have filed a *Motion For Relief from the Automatic Stay for the Purpose of Continuing Litigation* (the "**Motion**") and related papers with the Court seeking an order granting Movants relief from the automatic stay to continue litigation.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing **on the Motion at 10:00 a.m. on December 17, 2024, in Courtroom 1402**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340,

75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

> LAW OFFICES OF HENRY F. SEWELL JR., LLC
>
> /s/ *Henry F. Sewell, Jr.*
> Henry F. Sewell, Jr.
> Georgia Bar No. 636265
> Buckhead Centre
> 2964 Peachtree Road NW, Suite 555
> Atlanta, GA 30305
> (404) 926-0053
> hsewell@sewellfirm.com
> *Counsel for Movants*

2

EXHIBIT B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>HARVEY PENFIELD COLE, III<br>SUSAN SANDS COLE | CASE NO: 24-61503<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 15 |

On 11/21/2024, a copy of the following documents, described below,

Notice of Hearing on Motion for Relief From Stay  ECF Docket Reference No. 15

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/21/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell Jr., LLC
Suite 555, 2964 Peachtree Road
Atlanta, GA  30305

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING        AMERICAN EXPRESS                         ARCHE LLC DBA LEVINO JONES MEDICAL
 113E1                                  PO BOX 981537                            INTERI
 CASE 24-61503-BEM                      EL PASO TX 79998-1537                    MARIA L MYER  THE MYER LAW FIRM
 NORTHERN DISTRICT OF GEORGIA                                                    125 EAST TRINITY PLACE STE 308
 ATLANTA                                                                         DECATUR GA 30030-3360
 THU NOV 21 18-41-06 EST 2024



 BARCLAY CARD                           (P)C2C RESOURCES   LLC                   KAYLA CANNON
 CARD SERVICES                          ATTN TODD TINKLER                        LAW OFFICES OF HENRY F SEWELL JR LLC
 PO BOX 8802                            56 PERIMETER CTR E STE 100               2964 PEACHTREE RD NW
 WILMINGTON DE 19899-8802               ATLANTA GA 30346-2214                    STE 555
                                                                                 ATLANTA GA 30305-4909



 CENTRAL STERILE MEDICAL INC                                                     DEBTOR
 7421 DOUGLAS BLVD N125                 CLEAR CHOICE TELEPHONES
 DOUGLASVILLE GA 30135-1564             1165 HEMBREE RD                          HARVEY PENFIELD COLE III
                                        ROSWELL GA 30076-4624                    2892 MABRY LANE NE
                                                                                 BROOKHAVEN GA 30319-2602



 SUSAN SANDS COLE                       DOCPDMC ATLANTA LLC                      DOCPDMC ATLANTA LLC
 2892 MABRY LANE NE                     CO PHYSICIANS REALTY TRUST               CO UNIVERSAL REGISTERED AGENTS INC
 BROOKHAVEN GA 30319-2602               309 N WATER ST   STE 500                 900 OLD ROSWELL LAKES PARKWAY SUITE 31
                                        MILWAUKEE WI 53202-5772                  ROSWELL GA 30076-8667



 DREW WHITMORE                          EQUITY RESIDENTIAL PROPERTIES            FULTON COUNTY TAX COMMS
 CO ALEXANDRA SEAY                      11251 ALPHARETTA HWY                     141 PRYOR ST
 1800 PEACHTREE STREET NW   SUITE 370   ROSWELL GA 30076-1439                    ATLANTA GA 30303-3444
 ATLANTA GA 30309-2508



 WILL B GEER                            (P)GEORGIA DEPARTMENT OF REVENUE         HARRIS  HARRIS LTD
 ROUNTREE LEITMAN KLEIN  GEER LLC       COMPLIANCE DIVISION                      111 WEST JACKSON BOULEVARD SUITE 650
 CENTURY PLAZA I                        ARCS BANKRUPTCY                          CHICAGO IL 60604-4135
 2987 CLAIRMONT ROAD SUITE 350          1800 CENTURY BLVD NE SUITE 9100
 ATLANTA GA 30329-4435                  ATLANTA GA 30345-3202



 S GREGORY HAYS                         HONAN PREFERRED EQUITY                   IMAGE FIRST
 HAYS FINANCIAL CONSULTING LLC          3330 PRESTON RIDGE RD 380                4411 E BANKERS CIRCLE
 SUITE 555                              ALPHARETTA GA 30005-4596                 ATLANTA GA 30360-2720
 2964 PEACHTREE ROAD
 ATLANTA GA 30305-4909



 INTERNAL REVENUE SERVICE               (P)JOHNSON  JOHNSON HEALTH CARE SYSTEMS  KAYLA CANNON
 CIO                                    INC                                      ALEXANDRIA SEA  BIRD LAW GROUP
 PO BOX 7346                            ATTN DAVID ROBERTS                       1800 PEACHTREE STREET NW STE 370
 PHILADELPHIA PA 19101-7346             8800 GRAND OAK CIRCLE                    ATLANTA GA 30309-2508
                                        TAMPA FL 33637-2006



 KAYLA CANNON                           MARY WHITE                               MEDICUS
 CO ALEXANDRA SEAY                      CO ALEXANDRA SEAY                        100 NORTH POINT CENTER EAST
 1800 PEACHTREE STREET NW   SUITE 370   1800 PEACHTREE STREET NW   SUITE 370     ALPHARETTA GA 30022-1546
 ATLANTA GA 30309-2508                  ATLANTA GA 30309-2508
```

USPS FIRST CLASS MAIL CERTIFICATE OF SERVICE
Parties with names struck through or labeled "DO NOT SERVICE" were not served via First Class USPS Mail Service.

N JACKSON COTNEY JR
WILES   WILES LLP
800 KENNESAW AVENUE STE 400
MARIETTA GA 30060-7946

(P)ELIOT KIRSHNITZ
1981 MARCUS AVENUE SUITE 130
LAKE SUCCESS NY 11042-1046

OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD RUSSELL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

OVERHEAD DOOR COMPANY OF ATLANTA
1901 E 119TH ST
OLATHE KS 66061-9502

PETALUMA VALLEY HOSPITAL
CO HARRIS   HARRIS LTD
111 WEST JACKSON BLVD   STE 650
CHICAGO IL 60604-3589

PROFESSIONAL HEALTHCARE
SOLUTIONS INC
PO BOX 2713
WOODSTOCK GA 30188-1384

RITZCARLTON DEVELOPMENT CO
6649 WESTWOOD DEVELOPMENT CO
SUITE 500
ORLANDO FL 32821

WILLIAM A ROUNTREE
ROUNTREE LEITMAN KLEIN   GEER LLC
CENTURY PLAZA I SUITE 350
2987 CLAIRMONT ROAD
ATLANTA GA 30329-4448

SAINT JOSEPHS HOSPITAL
PO BOX 744059
ATLANTA GA 30374-4059

SARA DUNHAM
CO ALEXANDRA SEAY
1800 PEACHTREE STREET NW   SUITE 370
ATLANTA GA 30309-2508

HENRY F SEWELL JR
LAW OFFICES OF HENRY F SEWELL JR LLC
SUITE 555
2964 PEACHTREE ROAD NW
ATLANTA GA 30305-4909

SMITH GAMBRELL   RUSSELL LLP
PO BOX 930930
ATLANTA GA 31193-0930

US SMALL BUSINESS ADMIN
PO BOX 740192
ATLANTA GA 30374-0192

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DRIVE SW SUITE 600
ATLANTA GA 30303-3309