**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 7 |
| HARVEY PENFIELD COLE, III and | : | CASE NO. 24-61503-bem |
| SUSAN SANDS COLE, | : | |
|     Debtors. | : | |
| JENNIFER MESSER | : | |
|     Movant, | : | |
| V. | : | CONTESTED MATTER |
| | : | |
| HARVEY PENFIELD COLE, III and | : | |
| SUSAN SANDS COLE, | : | |
|     Respondents. | : | |

## CERTIFICATE OF SERVICE

This is to certify that on November 27, 2024, I caused to be served a true and correct copy of the *Notice of Hearing* attached hereto as Exhibit "A" (Doc. No. 16) to be served as set forth in Exhibit "B" hereto.

This 16th day of December, 2024.

        LAW OFFICES OF HENRY F. SEWELL JR., LLC

        ***/s/ Henry F. Sewell, Jr.***
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
        Buckhead Centre
        2964 Peachtree Road NW, Suite 555
        Atlanta, GA 30305
        (404) 926-0053
        hsewell@sewellfirm.com
        *Counsel for Movants*

2

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| HARVEY PENFIELD COLE, III and | : | Chapter 7 |
| SUSAN SANDS COLE, | : | CASE NO. 24-61503-bem |
| _____Debtors._____ | : | |
| JENNIFER MESSER, | : | |
| Movant, | : | |
| V. | : | CONTESTED MATTER |
| | : | |
| HARVEY PENFIELD COLE, III and | : | |
| SUSAN SANDS COLE, | : | |
| _____Respondents._____ | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Jennifer Messer (the "**Movant**") has filed a *Motion For Relief from the Automatic Stay for the Purpose of Continuing Litigation* (the "**Motion**") and related papers with the Court seeking an order granting Movant relief from the automatic stay to continue litigation.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a **hearing on the Motion at 10:00 a.m. on December 17, 2024, in Courtroom 1402**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for Movant*

EXHIBIT B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

HARVEY PENFIELD COLE III
SUSAN SANDS COLE

CASE NO: 24-61503

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 16

On 11/27/2024, a copy of the following documents, described below,

Order and Notice of Hearing on Motion for Relief from Stay ECF Docket Reference No. 16

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/27/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell Jr., LLC
Suite 555, 2964 Peachtree Road
Atlanta, GA  30305

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO
    LABEL MATRIX FOR LOCAL NOTICING          AMERICAN EXPRESS                              ARCHE LLC DBA LEVINO JONES MEDICAL
    113E1                                    PO BOX 981537                                 INTERI
    CASE 24-61503-BEM                        EL PASO TX 79998-1537                         MARIA L MYER   THE MYER LAW FIRM
    NORTHERN DISTRICT OF GEORGIA                                                           125 EAST TRINITY PLACE STE 308
    ATLANTA                                                                                DECATUR GA 30030-3360
    WED NOV 27 16-37-15 EST 2024


BARCLAY CARD                                 (P)C2C RESOURCES LLC                          CENTRAL STERILE MEDICAL INC
CARD SERVICES                                ATTN TODD TINKLER                             7421 DOUGLAS BLVD N125
PO BOX 8802                                  56 PERIMETER CTR E STE 100                    DOUGLASVILLE GA 30135-1564
WILMINGTON DE 19899-8802                     ATLANTA GA 30346-2214



                                             DEBTOR
CLEAR CHOICE TELEPHONES                      HARVEY PENFIELD COLE III                      SUSAN SANDS COLE
1165 HEMBREE RD                              2892 MABRY LANE NE                            2892 MABRY LANE NE
ROSWELL GA 30076-4624                        BROOKHAVEN GA 30319-2602                      BROOKHAVEN GA 30319-2602




DOCPDMC ATLANTA LLC                          DOCPDMC ATLANTA LLC                           DREW WHITMORE
CO PHYSICIANS REALTY TRUST                   CO UNIVERSAL REGISTERED AGENTS INC            CO ALEXANDRA SEAY
309 N WATER ST STE 500                       900 OLD ROSWELL LAKES PARKWAY SUITE 310       1800 PEACHTREE STREET NW SUITE 370
MILWAUKEE WI 53202-5772                      ROSWELL GA 30076-8667                         ATLANTA GA 30309-2508




EQUITY RESIDENTIAL PROPERTIES                FULTON COUNTY TAX COMMS                       WILL B GEER
11251 ALPHARETTA HWY                         141 PRYOR ST                                  ROUNTREE LEITMAN KLEIN   GEER LLC
ROSWELL GA 30076-1439                        ATLANTA GA 30303-3444                         CENTURY PLAZA I
                                                                                           2987 CLAIRMONT ROAD SUITE 350
                                                                                           ATLANTA GA 30329-4435



(P)GEORGIA DEPARTMENT OF REVENUE             HARRIS   HARRIS LTD                           S GREGORY HAYS
COMPLIANCE DIVISION                          111 WEST JACKSON BOULEVARD SUITE 650          HAYS FINANCIAL CONSULTING LLC
ARCS BANKRUPTCY                              CHICAGO IL 60604-4135                         SUITE 555
1800 CENTURY BLVD NE SUITE 9100                                                            2964 PEACHTREE ROAD
ATLANTA GA 30345-3202                                                                      ATLANTA GA 30305-4909




HONAN PREFERRED EQUITY                       IMAGE FIRST                                   INTERNAL REVENUE SERVICE
3330 PRESTON RIDGE RD 380                    4411 E BANKERS CIRCLE                         CIO
ALPHARETTA GA 30005-4596                     ATLANTA GA 30360-2720                         PO BOX 7346
                                                                                           PHILADELPHIA PA 19101-7346




(P)JOHNSON   JOHNSON HEALTH CARE SYSTEMS     KAYLA CANNON                                  KAYLA CANNON
INC                                          ALEXANDRIA SEA  BIRD LAW GROUP                CO ALEXANDRA SEAY
ATTN DAVID ROBERTS                           1800 PEACHTREE STREET NW STE 370              1800 PEACHTREE STREET NW SUITE 370
8800 GRAND OAK CIRCLE                        ATLANTA GA 30309-2508                         ATLANTA GA 30309-2508
TAMPA FL 33637-2006




MARY WHITE                                   MEDICUS                                       JENNIFER MESSER
CO ALEXANDRA SEAY                            100 NORTH POINT CENTER EAST                   LAW OFFICES OF HENRY F SEWELL JR LLC
1800 PEACHTREE STREET NW SUITE 370           ALPHARETTA GA 30022-1546                      2964 PEACHTREE RD NW
ATLANTA GA 30309-2508                                                                      STE 555
                                                                                           ATLANTA GA 30305-4909
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

N JACKSON COTNEY JR
WILES   WILES LLP
800 KENNESAW AVENUE STE 400
MARIETTA GA 30060-7946

(P)ELIOT KIRSHNITZ
1981 MARCUS AVENUE SUITE 130
LAKE SUCCESS NY 11042-1046

OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD RUSSELL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

OVERHEAD DOOR COMPANY OF ATLANTA
1901 E 119TH ST
OLATHE KS 66061-9502

PETALUMA VALLEY HOSPITAL
CO HARRIS   HARRIS LTD
111 WEST JACKSON BLVD STE 650
CHICAGO IL 60604-3589

PROFESSIONAL HEALTHCARE
SOLUTIONS INC
PO BOX 2713
WOODSTOCK GA 30188-1384

RITZCARLTON DEVELOPMENT CO
6649 WESTWOOD DEVELOPMENT CO
SUITE 500
ORLANDO FL 32821

WILLIAM A ROUNTREE
ROUNTREE LEITMAN KLEIN   GEER LLC
CENTURY PLAZA I SUITE 350
2987 CLAIRMONT ROAD
ATLANTA GA 30329-4448

SAINT JOSEPHS HOSPITAL
PO BOX 744059
ATLANTA GA 30374-4059

SARA DUNHAM
CO ALEXANDRA SEAY
1800 PEACHTREE STREET NW SUITE 370
ATLANTA GA 30309-2508

HENRY F SEWELL JR
LAW OFFICES OF HENRY F SEWELL JR LLC
SUITE 555
2964 PEACHTREE ROAD NW
ATLANTA GA 30305-4909

SMITH GAMBRELL   RUSSELL LLP
PO BOX 930930
ATLANTA GA 31193-0930

US SMALL BUSINESS ADMIN
PO BOX 740192
ATLANTA GA 30374-0192

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DRIVE SW SUITE 600
ATLANTA GA 30303-3309