**IT IS ORDERED as set forth below:**

**Date: March 3, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In Re: | |
| | Chapter 7 |
| HARVEY PENFIELD COLE, III and | CASE NO. 24-61503-bem |
| SUSAN SANDS COLE, | |
| Debtors. | |
| VINCE MATTIO and | |
| LYNDA (JOY) MILLARD, | |
| Movants, | |
| V. | CONTESTED MATTER |
| | |
| HARVEY PENFIELD COLE, III and | |
| SUSAN SANDS COLE, | |
| Respondents. | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter is before the Court upon the *Motion for Relief from the Automatic Stay* [Doc. No. 28] (the "**Motion**") that was filed by Vince Mattio and Lynda (Joy) Millard (collectively, the "**Movants**") seeking relief from the automatic stay to pursue and continue litigation in a medical malpractice/negligence lawsuits filed or to be filed by Movants in the State Court of Fulton County,

1

State of Georgia (the "**State Court**") against Debtor Harvey Penfield Cole, III ("**Defendant Cole**"), Atlanta Oculoplastic Surgery, P.C. d/b/a Oculus Plastic Surgery, Oculus Plastic Surgery, LLC d/b/a Oculus Plastic Surgery, Inside Out Beauty, LLC d/b/a Oculus Plastic Surgery, and Northside Hospital, Inc. (the "**Professional Negligence Cases**"). Following appropriate notice under the circumstances, no objection was filed in opposition to the Motion.

Upon the Court having reviewed and considered the Motion and the matters reflected in the record of the hearing held on the Motion on January 29, 2025, after due consideration, this Court finds that there is cause under section 362(d) to grant the Motion for relief from the stay. For good cause shown, after adequate notice and opportunity for a hearing and no further notice or opportunity for hearing need be given, it is hereby:

ORDERED, that the Motion is *granted*; and it is further

ORDERED, that Movants are granted immediate relief from the automatic stay to pursue, continue and liquidate the Professional Negligence Cases and all claims and causes of action asserted therein, pursue and recover any available insurance proceeds, and exercise any and all rights and remedies under state and applicable law including a trial by jury provided, however, that the Movants shall not be permitted to enforce any judgment they may obtain in excess of available insurance proceeds and shall return to this Court for any further enforcement of a judgment in excess of available insurance proceeds; and it is further

ORDERED, that, to the extent otherwise applicable, the automatic stay of 11 U.S.C. § 362 is hereby modified and terminated with regard to the Movants, the Professional Negligence Cases, and the disposition of the insurance proceeds and the Movants are permitted to immediately pursue and continue the Professional Negligence Cases, determine the disposition of the insurance proceeds, and exercise any and all rights and remedies under state and applicable law; and it is

further

ORDERED, that the 10-day stay of an Order pursuant to Bankruptcy Rule 4001(a)(3), if applicable, is waived to allow this Order to be deemed effective immediately on the date of entry.

***END OF ORDER***

Prepare and presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

**/s/ Henry F. Sewell, Jr.**
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

**Identification of parties to be served:**
Law Offices of Henry F. Sewell, Jr., LLC
c/o Henry F. Sewell, Jr., Esq.
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

Office of the U. S. Trustee
362 Richard Russell Building
75 Ted Turner Dr SW
Atlanta, GA 30303

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329

S. Gregory Hays, Trustee
Hays Financial Consulting, LLC
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

Harvey Penfield Cole, III and Susan Sands Cole
2892 Mabry Lane, NE
Brookhaven, GA 30319