# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **In re:**<br><br>**HARVEY PENFIELD COLE, III AND SUSAN SANDS COLE,**<br><br>　　　　　　**Debtors.** | **CASE NO. 24-61503-bem**<br><br>**CHAPTER 7** |

## MOTION TO REOPEN DEBTORS' CLOSED BANKRUPTCY CASE TO AMEND SCHEDULES

**COMES NOW** Harvey Penfield Cole, III and Susan Sands Cole, ("**Debtors**"), and hereby file their Motion to Reopen Debtors' Closed Bankruptcy Case (the "**Motion**") and show the Court as follows.

1.

Debtors voluntarily filed a petition under 11 U.S.C. Chapter 7 on October 30, 2024.

2.

On March 10, 2025, the Court entered an order approving the discharge and closing of Debtors' bankruptcy proceedings (the "**Discharge Date**").

3.

The Debtors recently discovered that previously filed Schedules omitted claims against third parties. Specifically, the Debtors seek to amend Schedule A/B, and Summary of Assets and Liabilities, to include claims against third parties.

4.

These amendments are necessary to ensure the accuracy and completeness of the Debtors' financial disclosures and to protect the rights of creditors or other interested parties.

**WHEREFORE** Debtors pray that the Court reopen Debtors' Chapter 7 bankruptcy case, allow Debtors to amend their Schedules to include claims that were omitted, direct the Clerk of Court to accept the amended Schedules for filing, and grant such other and further relief as the Court deems to be just and proper.

Respectfully submitted this March 20, 2025,

                                        **ROUNTREE LEITMAN KLEIN & GEER, LLC**

                                        /s/ *William A. Rountree*
                                        William A. Rountree, Ga. Bar No. 616503
                                        Century Plaza I
                                        2987 Clairmont Road, Suite 350
                                        Atlanta, GA 30329
                                        (404) 584-1238 Telephone
                                        wrountree@rlkglaw.com
                                        *Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** <br><br> **HARVEY PENFIELD COLE, III AND SUSAN SANDS COLE,** <br><br> **Debtors.** | **CASE NO. 24-61503-bem** <br><br> **CHAPTER 7** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that above-captioned Debtors, Harvey Penfield Cole, III and Susan Sands Cole, have filed a *Motion to Reopen Debtors' Closed Bankruptcy Case to Amend Schedules* (the "**Motion**") and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:00 A.M. on April 15, 2025 in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise.  Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address for the Clerk's Office is:  U.S. Bankruptcy Court, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Room 1340, Atlanta GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated: March 20, 2025.

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ William A. Rountree*
William A. Rountree, Ga Bar No. 616503
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238
wrountree@rlkglaw.com
*Attorneys for Debtors*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was filed electronically and served on all parties registered to receive electronic notices in this case at the following addresses:

- **Evan Owens Durkovic**  ecfganb@aldridgepite.com, edurkovic@ecf.courtdrive.com

- **Will B. Geer** wgeer@rlkglaw.com, dsideris@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com

- **S. Gregory Hays**  ghays@haysconsulting.net, saskue@haysconsulting.net;GA32@ecfcbis.com

- **Office of the United States Trustee**  ustpregion21.at.ecf@usdoj.gov

- **William A. Rountree**  wrountree@rlkglaw.com, 6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;dsideris@rlkglaw.com

- **Alexandria E. Seay**  aes@birdlawgroup.com, srw@birdlawgroup.com

- **Henry F. Sewell**  hsewell@sewellfirm.com, hsewell123@yahoo.com

Dated March 20, 2025

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ William A. Rountree*
William A. Rountree, Ga Bar No. 616503
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238
wrountree@rlklawfirm.com
*Attorneys for Debtor*